| | |
|---|---|
| JOSEPH N. FROEHLICH<br>LOCKE LORD, LLP<br>Three World Financial Center, 20th Floor<br>New York, New York 10281<br>(212) 812-8345<br>*Attorneys for Defendants*<br>*Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma* | |
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| | 1:15-cv-01491-RBK-JS |
| ---------------------------------------------------------X<br>CLARENCE E. OWENS, EX REL., TYREA ALEXANDER, DENNIS ALEXANDER,<br><br>                     Plaintiffs,<br><br>   -against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC, also known as CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION, quasi in rem; DLJ MORTGAGE CAPITAL, INC., quasi in rem; SELECT PORTFOLIO SERVICING, INC., quasi in rem; U.S. BANK, N.A., quasi in rem; HOME EQUITY ASSET TRUST SERIES 2006-6 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-6, quasi in rem; MERSCORP HOLDINGS INC. quasi in rem; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., quasi in rem; BANK OF AMERICA, NATIONAL ASSOCIATION, quasi in rem; RECON TRUST COMPANY, NATIONAL ASSOCIATION, quasi in rem; FIDELITY NATIONAL TITLE INSURANCE | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| CORPORATION, quasi in rem; BLACK KNIGHT FINANCIAL SERVICES also known as LENDER PROCESSING SERVICES, INC. quasi in rem; SERVICELINK, quasi in rem; MILSTEAD & ASSOCIATES, LLC quasi in rem; MICHAEL MILSTEAD in his individual and official capacity; LAW OFFICE OF MICHAEL LIPUMA, quasi in rem; MICHAEL LPUMA, quasi in rem; ABC BAILS BONDS, INC., quasi in rem; LEXINGTON NATIONAL INSURANCE CORPORATION, quasi in rem;<br><br>                          Defendants.<br>-------------------------------------------------------X | |

I hereby certify that, on March 2, 2015, I served a copy of Order dated March 2, 2015 (Document # 2) on the foregoing at the below address by first class mail:

Clarence E. Owens/Relator
P.O. Box 123
Willingboro, New Jersey 08046
(609) 534-6703

Tyrea Alexander and Dennis Alexander/Plaintiffs
36 Plumtree Lane
Willingboro, New Jersey 08046
(609) 222-3003


New York, NY
March 3, 2015

                                        s/ *Joseph N. Froehlich*_____
                                        Joseph N. Froehlich

NYC 100613