| | |
|---|---|
| JOSEPH N. FROEHLICH<br>LOCKE LORD, LLP<br>Three World Financial Center, 20th Floor<br>New York, New York 10281<br>(212) 812-8345<br>*Attorneys for Defendants*<br>*Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma* | |
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| | 1:15-cv-01491-RBK-JS |
| ---------------------------------------------------------X<br>CLARENCE E. OWENS, EX REL., TYREA ALEXANDER, DENNIS ALEXANDER,<br><br>Plaintiffs,<br><br>-against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC, also known as CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION, quasi in rem; DLJ MORTGAGE CAPITAL, INC., quasi in rem; SELECT PORTFOLIO SERVICING, INC., quasi in rem; U.S. BANK, N.A., quasi in rem; HOME EQUITY ASSET TRUST SERIES 2006-6 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-6, quasi in rem; MERSCORP HOLDINGS INC. quasi in rem; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., quasi in rem; BANK OF AMERICA, NATIONAL ASSOCIATION, quasi in rem; RECON TRUST COMPANY, NATIONAL ASSOCIATION, quasi in rem; FIDELITY NATIONAL TITLE INSURANCE | **CORPORATE DISCLOSURE STATEMENT** |

1

| | |
|---|---|
| CORPORATION, quasi in rem; BLACK KNIGHT FINANCIAL SERVICES also known as LENDER PROCESSING SERVICES, INC. quasi in rem; SERVICELINK, quasi in rem; MILSTEAD & ASSOCIATES, LLC quasi in rem; MICHAEL MILSTEAD in his individual and official capacity; LAW OFFICE OF MICHAEL LIPUMA, quasi in rem; MICHAEL LPUMA, quasi in rem; ABC BAILS BONDS, INC., quasi in rem; LEXINGTON NATIONAL INSURANCE CORPORATION, quasi in rem; <br><br> Defendants. <br> ------------------------------------------------------X | |

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Credit Suisse Securities (USA) LLC *f/k/a* Credit Suisse First Boston Company is a subsidiary of Credit Suisse (USA), Inc. Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly-owned by Credit Suisse AG and Credit Suisse Group AG. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG. The shares of Credit Suisse Group AG are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

2. Defendant DLJ Mortgage Capital, Inc. is a wholly-owned subsidiary of Credit Suisse (USA), Inc.

3. Defendant Select Portfolio Servicing, Inc. ("SPS"), a wholly owned subsidiary of SPS Holding Corp., a privately held Delaware corporation, whose sole shareholder is Credit Suisse (USA), Inc.

4. Defendant U.S. Bank National Association is a national bank chartered under the National Bank Act and a subsidiary of US Bancorp, a publicly traded company as well as trustee of defendant Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6.

5. Defendant MERSCORP Holdings, Inc., is a privately owned corporation.  It has two shareholders that own more than 10% and are publicly traded, namely Federal National Mortgage Association (Fannie Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac).

6. Defendant Mortgage Electronic Registration Systems, Inc. is a wholly owned subsidiary of defendant MERSCORP Holdings, Inc.

7. Defendant Law Office of Michael D. LiPuma (incorrectly sued herein as the Law Office of Michael LiPuma) is a privately-held law firm with an address at 325 Chestnut Street, Suite 1109; Phildelphia, Pennsylvania 19106.

8. Defendant Michael D. LiPuma (incorrectly sued herein as Michael LiPuma) is an individual and sole owner of the defendant Law Office of Michael D. LiPuma.

Dated: New York, New York
       March 5, 2015

Respectfully submitted,

LOCKE LORD LLP

By: s/ *Joseph N. Froehlich*
    JOSEPH N. FROEHLICH
    3 World Financial Center, 20th Floor
    New York, New York 10281
    (212) 812-8345
    *Attorneys for Defendants Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma*

To:    Clarence E. Owens/Relator
P.O. Box 123
Willingboro, New Jersey 08046
(609) 534-6703

Tyrea Alexander and Dennis Alexander/Plaintiffs
36 Plumtree Lane
Willingboro, New Jersey 08046
(609) 222-3003

Alyson Traw, Esq.
Winston & Strawn LLP
100 North Tryon St.
Charlotte, NC 28202
(704) 350-7700
*Attorneys for Bank of America, National Association
and Recon Trust Company, National Association*

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this Corporate Disclosure Statement has been served on all of the above via first class mail on March 5, 2015.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 5, 2015

                                                *s/ Joseph N. Froehlich*
                                                *Joseph N. Froehlich*

NY 786277v.1