| | |
|---|---|
| JOSEPH N. FROEHLICH<br>LOCKE LORD, LLP<br>Three World Financial Center, 20th Floor<br>New York, New York 10281<br>(212) 812-8345<br>*Attorneys for Defendants*<br>*Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma* | |
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| | 15 Civ. 01491 |
| ---------------------------------------------------------X<br>CLARENCE E. OWENS, EX REL., TYREA ALEXANDER, DENNIS ALEXANDER,<br><br>                         Plaintiffs,<br><br>     -against-<br><br>CREDIT SUISSE SECURITIES (USA) LLC, also known as CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION, quasi in rem; DLJ MORTGAGE CAPITAL, INC., quasi in rem; SELECT PORTFOLIO SERVICING, INC., quasi in rem; U.S. BANK, N.A., quasi in rem; HOME EQUITY ASSET TRUST SERIES 2006-6 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2006-6, quasi in rem; MERSCORP HOLDINGS INC. quasi in rem; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., quasi in rem; BANK OF AMERICA, NATIONAL ASSOCIATION, quasi in rem; RECON TRUST COMPANY, NATIONAL ASSOCIATION, quasi in rem; FIDELITY NATIONAL TITLE INSURANCE | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

| |  |
|---|---|
| CORPORATION, quasi in rem; BLACK KNIGHT FINANCIAL SERVICES also known as LENDER PROCESSING SERVICES, INC. quasi in rem; SERVICELINK, quasi in rem; MILSTEAD & ASSOCIATES, LLC quasi in rem; MICHAEL MILSTEAD in his individual and official capacity; LAW OFFICE OF MICHAEL LIPUMA, quasi in rem; MICHAEL LIPUMA, quasi in rem; ABC BAILS BONDS, INC., quasi in rem; LEXINGTON NATIONAL INSURANCE CORPORATION, quasi in rem;<br><br>                               Defendants.<br>--------------------------------------------------------X | |

# APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending the time within which Defendants Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma (collectively, the "Defendants") may answer, move, or otherwise respond to the Amended Complaint, and it is herein represented that:

   1.    No previous extension has been obtained;

   2.    Plaintiffs filed the Amended Complaint with the Superior Court of New Jersey, Law Division, Burlington County, on or about January 28, 2015;

   3.    The Defendants removed the case on February 27, 2015.

4. The time for the Defendants to answer, move or otherwise reply to the Amended Complaint may expire on March 6, 2015, seven (7) days after the date of removal, pursuant to Fed. R. Civ. P. 81(c).

Dated:  March 5, 2015  **LOCKE LORD LLP**

By:  */s/ Joseph N. Froehlich*
Joseph N. Froehlich
jfroehlich@lockelord.com
Three World Financial Center
New York, New York  10281-2101
Phone: (212) 812-8345

*Attorneys for Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma*

**ORDER**

The above application of Defendants Credit Suisse Securities (USA) LLC, also known as Credit Suisse First Boston Mortgage Securities Corporation; DLJ Mortgage Capital, Inc.; Select Portfolio Servicing, Inc.; U.S. Bank, N.A.; Home Equity Asset Trust Series 2006-6 Home Equity Pass Through Certificates, Series 2006-6; MERSCORP Holdings Inc.; Mortgage Electronic Registration Systems, Inc.; Law Office of Michael LiPuma; and Michael LiPuma is ORDERED GRANTED and the Defendants have until March 20, 2015 to answer, move, or otherwise reply to the Amended Complaint.

Dated: _____  WILLIAM T. WALSH, Clerk

By: _____
Clerk of Court

**CERTIFICATE OF SERVICE**

    I hereby certify that, on March 5, 2015, I electronically filed the foregoing with the clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

*s/ Joseph N. Froehlich*
Joseph N. Froehlich
